# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In re:
BRIAN MCALLISTER

                              \*

                              \*    Case No: 13-20282
                                      Chapter 7

    Debtor (s)               \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF CONTINUED
## SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the time for the initial section 341 meeting of creditors for the above-captioned case, originally scheduled for July 23, 2013, at 10:00 a.m. has been continued to August 5, 2013, at 1:30 p.m. The continued meeting will be conducted at the 341 meeting room 2650 at 101 West Lombard Street, Baltimore, MD 21201.

I HEREBY CERTIFY that a copy of the foregoing Notice of Continued Section 341 Meeting of Creditors was sent first class mail, postage prepaid to all creditors on the attached mailing matrix, or sent via electronic mail to the case trustee and the U.S. Trustee this 2nd day of July 2013.

Respectfully submitted,

By:/s/ John D. Burns, Esquire  #22777
John D. Burns, Esquire   #22777
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, MD  20770
Phone: (301) 441-8780

```
Label Matrix for local noticing          ACS                                      BG&E
0416-1                                   501 Bleecker St                          P.O. Box 1475
Case 13-20282                            Utica, NY 13501-2401                     Baltimore, MD 21203-1475
District of Maryland
Baltimore
Tue Jul  2 13:07:08 EDT 2013

Bank Of America                          Beth Rogers, Esq                         Chase Mortgage
PO Box 15019                             MDG Corporate Center 1                   PO Box 78420
Wilmington, DE  19886-5019               8850 Columbia 100 Parkway Ste 303        Phoenix, AZ  85062-8420
                                         Columbia, MD 21045-2377


Chase Slate Cardmember Services          Citibank                                 Clary's Crossing Apartments
PO Box 15153                             PO Box 183051                            11311 Little Patuxent Parkway
Wilmington, DE  19886-5153               Columbus, OH  43218-3051                 Columbia, MD 21044-3725


Comptroller Of Maryland                  Comptroller of the Treasury              CubeSmart
Revenue Administration Division          Compliance Division, Room 409            8704 Cherry Lane
Annapolis, MD 21411-0001                 301 W. Preston Street                    Laurel, MD 20707-4909
                                         Baltimore, MD 21201-2305


Department Of Finance, Howard County     Elizabeth Case                           Eric Holder, Attny Gnrl Of The US
3430 Courthouse Dr                       10025 Governor Warfield Parkway #30      US Dept Of Justice
Ellicott City, MD 21043-4300             Columbia, MD 21044-3331                  950 Pennsylvania Ave, NW
                                                                                  Washington, DC 20530-0009


Geico                                    Home Depot / Citibank                    (p)INTERNAL REVENUE SERVICE
One Geico Plaza                          PO Box 5497                              CENTRALIZED INSOLVENCY OPERATIONS
Bethesda, MD 20811-0002                  Sioux Falls, SD  57117                   PO BOX 7346
                                                                                  PHILADELPHIA PA 19101-7346


Liberty Mutual Group                     Lifetime Fitness                         Lowes
PO Box 970                               7220 Lee De Forest Drive                 PO BOX 530914
Mishawaka, IN 46546-0970                 Columbia, MD 21046-3235                  ATLANTA, GA 30353-0914


Netflix                                  Office Of US Trustee                     Office of Law
PO Box 49021                             101 W Lombard St, Room 2650              Howard County, Maryland
San Jose, CA  95161-9021                 Baltimore, MD 21201-2623                 3430 Courthouse Drive
                                                                                  Ellicott City, MD 21043-4300


Peter McDowell                           Richard Russell, Revenue Officer         Rod Rosenstein
305 W Chesapeake Ave                     IRS Special Procedures Branch            Office Of Attorney General
Towson, MD 21204-4421                    31 Hopkins Plaza Ste 1140                36 S Charles St
                                         Baltimore, MD 21201-2892                 Baltimore, MD 21201-3020


State Of Maryland                        State of Maryland DLLR                   SunTrust
Central Collections Unit                 Division of Unemployment Insurance       PO Box 305053
300 W Preston St 5th Flr                 1100 N. Eutaw Street, Room 401           Richmond, VA 37230-5053
Baltimore, MD 21201-2308                 Baltimore, MD 21201-2201
```

```
Theresa C McAllister              Thrift Savings Plan              Verizon
4030 Spring Meadow Dr             PO Box 385021                    500 Technology Dr Ste 300
Ellicott City, MD  21042-5144     Birmingham, AL 35238-5021        Weldon Spring, MO 63304-2225


Verizon - Bankruptcy              Weinberg & Schwartz, LLC         William J McAllister
PO Box 3037                       2000 Century Plaza Ste 446       101 Browmar Rd Apt 33A
Bloomington, IL  61702-3037       10632 Little Patuxent Parkway    Collineswood, NJ  08108
                                  Columbia, MD 21044-6269


Brian Vernon McAllister           John Douglas Burns               Richard M. Kremen
11305 Little Patuxent Parkway      The Burns LawFirm, LLC          DLA Piper LLP (US)
#136                              6303 Ivy Lane, Ste. 102          The Marbury Building
Columbia, MD 21044-3948           Greenbelt, MD 20770-6322         6225 Smith Avenue
                                                                   Baltimore, MD 21209-3600
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service          End of Label Matrix
PO Box 21126                      Mailable recipients    38
Philadelphia, PA  19114           Bypassed recipients     0
                                  Total                  38
```